☑ FILED ___ LODGED
___ RECEIVED ___ COPY

APR 1 5 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
SYDNEY YEW
Special Assistant U.S. Attorney
Arizona State Bar No. 032551
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Sydney.Yew@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.   CR-25-00469-PHX-SPL |
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| vs. | VIO:   18 U.S.C. § 1542 |
| Enrique Ricardo Diaz Vazquez, a.k.a. Enrrique Ricardo Diaz Vazquez, a.k.a. Gene Edward Katzorke, | (False Statement in Application or Use of Passport) Counts 1-3 |
| Defendant. | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Material False Statement During the Purchase of a Firearm) Counts 4-16 |
| | 18 U.S.C. § 924(a)(1)(A) (False Statement During the Purchase of a Firearm) Counts 17-29 |
| | 18 U.S.C. §§ 922(g)(5) and 924(a)(2) (Alien in Possession of a Firearm and Ammunition) Count 30 |
| | 18 U.S.C. §§ 924(d) and 981; 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about May 20, 2022, in the District of Arizona, the defendant, ENRIQUE RICARDO DIAZ VAZQUEZ, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application he represented under penalty of perjury that (1) he was Gene Edward Katzorke, (2) he was born on August 6, 1964, (3) he was born in Tucson, Arizona, and (4) he was a United States Citizen.

In violation of Title 18, United States Code, Section 1542.

## COUNT 2

On or about August 1, 2024, in the District of Arizona, the defendant, ENRIQUE RICARDO DIAZ VAZQUEZ, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application he represented under penalty of perjury that (1) he was Gene Edward Katzorke, (2) he was born on August 6, 1964, (3) he was born in Tucson, Arizona, and (4) he was a United States Citizen.

In violation of Title 18, United States Code, Section 1542.

## COUNT 3

On or about September 14, 2024, in the District of Arizona, the defendant, ENRIQUE RICARDO DIAZ VAZQUEZ, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application he represented under penalty of perjury that (1) he was Gene Edward Katzorke,

(2) he was born on August 6, 1964, (3) he was born in Tucson, Arizona, and (4) he was a United States Citizen.

In violation of Title 18, United States Code, Section 1542.

## COUNTS 4-16

On or about the dates listed below, in the District of Arizona, the defendant, ENRIQUE RICARDO DIAZ VAZQUEZ, knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ENRIQUE RICARDO DIAZ VAZQUEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating (1) his name was Gene Edward Katzorke, (2) that he was a United States Citizen, and (3) that he was not an alien illegally or unlawfully in the United States, whereas in truth and fact, Defendant ENRIQUE RICARD DIAZ VAZQUEZ knew each of those statements were false:

| Count | Date | Business (FFL) |
|---|---|---|
| 4 | August 7, 2020 | Alpha Dog Firearms (Tempe, AZ) |
| 5 | February 11, 2022 | Sportsman Warehouse (Chandler, AZ) |
| 6 | July 6, 2022 | Sportsman Warehouse (Chandler, AZ) |
| 7 | August 13, 2022 | Sportsman Warehouse (Chandler, AZ) |
| 8 | August 28, 2022 | Sportsman Warehouse (Chandler, AZ) |
| 9 | December 17, 2022 | Sportsman Warehouse (Chandler, AZ) |
| 10 | March 29, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 11 | March 30, 2024 | Sportsman Warehouse (Chandler, AZ) |
| 12 | April 14, 2024 | Sportsman Warehouse (Chandler, AZ) |

| 13 | April 30, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 14 | June 29, 2024 | Sportsman Warehouse (Chandler, AZ) |
| 15 | October 24, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 16 | January 14, 2025 | Alpha Dog Firearms (Tempe, AZ) |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNTS 17 - 29

On or about the dates listed below, in the District of Arizona, the defendant, ENRIQUE RICARDO DIAZ VAZQUEZ, knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ENRIQUE RICARDO DIAZ VAZQUEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant ENRIQUE RICARDO DIAZ VAZQUEZ was (1) born in Tucson, Arizona, and, (2) was born on August 6, 1964, whereas truth in fact, he knew both statements were false.

| Count | Date | Business (FFL) |
| --- | --- | --- |
| 17 | August 7, 2020 | Alpha Dog Firearms (Tempe, AZ) |
| 18 | February 11, 2022 | Sportsman Warehouse (Chandler, AZ) |
| 19 | July 6, 2022 | Sportsman Warehouse (Chandler, AZ) |
| 20 | August 13, 2022 | Sportsman Warehouse (Chandler, AZ) |
| 21 | August 28, 2022 | Sportsman Warehouse (Chandler, AZ) |
| 22 | December 17, 2022 | Sportsman Warehouse (Chandler, AZ) |
| 23 | March 29, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 24 | March 30, 2024 | Sportsman Warehouse (Chandler, AZ) |
| 25 | April 14, 2024 | Sportsman Warehouse (Chandler, AZ) |
| 26 | April 30, 2024 | Alpha Dog Firearms (Tempe, AZ) |

| 27 | June 29, 2024 | Sportsman Warehouse (Chandler, AZ) |
| 28 | October 24, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 29 | January 14, 2025 | Alpha Dog Firearms (Tempe, AZ) |

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 30

Between on or about August 7, 2020 and March 28, 2025, in the District of Arizona, the defendant, ENRIQUE RICARDO DIAZ VAZQUEZ, knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm and ammunition, in and affecting interstate commerce, to wit: (1) a Tisas, Model Zagana PX-9, 9 x 19 mm caliber semi-automatic pistol, serial #T0620-19BM16725, and, (2) 970 rounds of miscellaneous ammunition.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 4 - 30 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense(s) alleged in Counts 4 - 30 of this Indictment, defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the offense, and (b) any of defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property defendants are liable, including, but not limited to, the following property involved and used in the offense:

(3) a Tisas, Model Zagana PX-9, 9 x 19 mm caliber semi-automatic pistol, serial #T0620-19BM16725, and,

(4) 970 rounds of miscellaneous ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: April 15, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


/s/
SYDNEY YEW
Special Assistant U.S. Attorney