TIMOTHY COURCHAINE
United States Attorney
District of Arizona

SYDNEY YEW
Arizona State Bar No. 032551
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Sydney.Yew@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 25-00469-PHX-SPL |
|---|---|
| Plaintiff, | **GOVERNMENT'S BILL OF PARTICULARS REGARDING FORFEITURE** |
| v. | |
| Enrique Ricardo Diaz Vazquez, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of America submits this notice to correct the description of certain property previously identified in the forfeiture allegations contained in the Superseding Indictment. (Doc. 23).

The amount of ammunition described in the Forfeiture Allegation reflects 970 rounds of miscellaneous ammunition. The ATF has determined the ammunition seized from the defendant on March 28, 2025, should be described as follows:

15 Rounds Sig Sauer 9mm Ammunition,

7 Rounds Hornady 9mm Ammunition,

49 Rounds of assorted 9mm Ammunition,

917 Rounds of assorted Ammunition in various calibers,

80 Rounds of assorted Ammunition in various calibers.

Total number of rounds: 1,068.

//

Respectfully submitted this 31st day of July 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/S/ Sydney Yew
SYDNEY YEW
Special Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I certify that on July 31,2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joshua S. R. Kolsrud
Josh@KolsrudLawOffices.com

/S/Victoria Tiffany
U.S. Attorney's Office